UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Loren Welsand,

        Plaintiff,

v.                                        Civil No. 09-3187 (JNE/JJK)
                                       ORDER

Thomas Heffelfinger and
Richard Morgan,

        Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on November 18, 2009. The magistrate judge recommended that Plaintiff's application to proceed in forma pauperis be denied and that this case be dismissed pursuant to 28 U.S.C § 1915(e)(2)(B)(ii) (2006). Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis [Docket No. 2] is DENIED.

2. This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 15, 2009

                                                            s/ Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                             United States District Judge